IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONA BETHEA | : | CIVIL ACTION |
| | : | NO. 10-1070 |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION | : | |

## ORDER

AND NOW, this 5th day of December, 2011, upon consideration of the brief in support of request for review filed by plaintiff and defendant's response to plaintiff's request for review, the Report and Recommendation of United States Magistrate Judge Arnold C. Rappoport, defendant's objections to the Magistrate Judge's Report and Recommendation and plaintiff's response in opposition thereto it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Defendant's objections to the Report and Recommendation are OVERRULED; and

3. The matter is REMANDED to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion.

                                                *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR., J.